1  Michael H. Steinberg (SBN 134179)
   steinbergm@sullcrom.com
2  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East, Suite 2100
3  Los Angeles, California 90067-1725
   Telephone: (310) 712-6600
4  Facsimile: (310) 712-8800

5  Laura K. Oswell (SBN 241281)
   oswelll@sullcrom.com
6  Sverker K. Hogberg (SBN 244640)
   hogbergs@sullcrom.com
7  **SULLIVAN & CROMWELL LLP**
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone: (650) 461-5600
9  Facsimile: (650) 461-5700

10 *Attorneys for Defendants*
   *Volkswagen Group of America, Inc.*
11 *and Cornelius Bros., LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON P. VENZON, | Case No. |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND F.R.C.P. 7.4** |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a VOLKSWAGEN OF AMERICA, INC., CORNELIUS BROS., LLC, a California Limited Liability Company, d/b/a DUBLIN VOLKSWAGEN; and DOES 1 through 10, inclusive, | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned |
| 2 | certifies, based upon presently available information, that the following listed |
| 3 | persons, associations of persons, firms, partnerships, corporations (including parent |
| 4 | corporations) or other entities (i) have a financial interest in the subject matter in |
| 5 | controversy or in a party to the proceeding, or (ii) have a non-financial interest in |
| 6 | that subject matter or in a party that could be substantially affected by the outcome |
| 7 | of this proceeding: |
| 8 | Defendant Volkswagen Group of America, Inc.'s ("VWGoA") parent |
| 9 | company, Volkswagen AG, is a publicly held corporation that owns more than |
| 10 | 10% of the stock of VWGoA. |
| 11 | |
| 12 | Dated: March 4, 2017. |

/s/ Laura K. Oswell
Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura K. Oswell (SBN 241281)
oswelll@sullcrom.com
Sverker K. Hogberg (SBN 244640)
hogbergs@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

*Attorneys for Defendants*
*Volkswagen Group of America, Inc.*
*and Cornelius Bros.. LLC*

## CERTIFICATE OF SERVICE

I, Jodi L. Carr, declare:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is Sullivan & Cromwell, LLP, 1870 Embarcadero Road, Palo Alto, California 94303.

On March 6, 2017, I served a copy of the following document(s):

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND F.R.C.P. 7.4**

on the interested parties in this action by placing a copy of this document in an envelope addressed as follows:

Steve Mikhov
O'CONNOR & MIKHOV LLP
640 S. San Vicente Blvd., Suite 350
Los Angeles, CA 90048

Moses Lebovits
DANIELS FINE ISRAEL
SCHONBUCH & LEBOVITS
1801 Century Park East, 9th Floor
Los Angeles, CA 90067

[X]   **BY OVERNIGHT DELIVERY:** I deposited the documents described above in a sealed envelope, with a prepaid shipping label for express delivery and caused such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

[ ]   BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM: In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(ies) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 4, 2017, at Palo Alto, California.

JODI L. CARR